**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CAMETREA LOWERY and** | § | |
| **JUSTIN LOWERY** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:22-CV-00037** |
| | § | |
| **ZACK EXPRESS INC. and** | § | |
| **ZAKIR TASHTAN** | § | |
| *Defendants.* | § | |

**DEFENDANTS, ZACK EXPRESS INC. AND**
**ZAKIR TASHTAN'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, **ZACK EXPRESS INC.** and **ZAKIR TASHTAN** ("Removing Defendants"), hereby give notice of the removal of this action, pursuant to 28 U.S.C. § 1446, to the United States District Court for the Western District of Texas - San Antonio Division. As grounds for removal, Removing Defendants state as follows:

## I. **INTRODUCTION**

1.1    Plaintiffs Camatrea Lowery and Justin Lowery allege that, on or about April 22, 2021, they were traveling on Interstate NW Loop-410, in San Antonio, Bexar County, Texas. It is alleged that Defendant Zakir Tashtan, driving a 2015 International Prostar tractor-trailer, in the course and scope of his employment with Zack Express Inc., changed lanes and struck Plaintiffs' vehicle.

1.2    Plaintiffs filed their suit in the 45th Judicial District Court of Bexar County, Texas, against Defendants ZACK EXPRESS INC. and ZAKIR TASHTAN.  *See Plaintiffs'*

1

*Original Petition. (Exhibit 2)* Therein, Plaintiffs alleged that Plaintiffs are entitled to recover against Defendants for personal injury damages resulting from the motor vehicle collision. *Id.*

      1.3     Defendants ZACK EXPRESS INC.'s and ZAKIR TASHTAN's Answer in State Court was due on or before 10:00 a.m. on Monday, January 17, 2022. As this Notice of Removal is filed before the deadline to file an Answer, Defendants' Answers in this Court is due on or before the close of business on the seventh (7th) day following filing of the Notice of Removal, or January 21, 2021.

      1.3     Removing Defendants file this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), after being served with Plaintiff's Original Petition and having received information sufficient to determine that the case was removable.

      1.4     According to Plaintiff's Petition, Plaintiffs are individuals residing in Bexar County, Texas. *See Ex. 2 at p.1, Plaintiff's Original Petition,* ⁋⁋ *II. 2. & 3.* As also alleged by Plaintiff, Removing Defendant ZACK EXPRESS INC. is a "foreign" corporation, with its home office in Dayton, Ohio. *Id. at* ⁋ *II. 5.* Plaintiff finally alleges that Removing Defendant ZAKIR TASHTAN is a resident of Montgomery County, Ohio with a residence in Huber Heights, Ohio. *Id at* ⁋ *II. 4.* Defendants are not "citizens" of the State of Texas and do not have a principal place of business nor a residence in the State of Texas.

      1.5     As set forth below, diversity jurisdiction exists, and Removing Defendants hereby timely remove this matter to Federal Court.

## II. <u>PROCEDURAL REQUIREMENTS FOR REMOVAL</u>

      2.1     This suit may be properly removed to this Court under 28 U.S.C. § 144l(a)

because this suit was pending within the judicial district of the United States District Court for the Western District of Texas, San Antonio Division.

2.2     As required by 28 U.S.C. § 1446(d), Removing Defendants are serving this Notice of Removal on all parties and will promptly file notice of Notice of Removal with the clerk of the 45th Judicial District Court of Bexar County, Texas.

*2.3*     All pleadings, process, orders and other filings in this state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See Exhibit 2.*

### III.  **BASIS FOR REMOVAL**

3.1     Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.,* 200 F.3d 753, 755 (11th Cir. 2000). A corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(l). As indicated above, Plaintiff judicially admits that Removing Defendant ZACK EXPRESS INC. is a corporation organized under the laws of Ohio with its principal place of business in Dayton, Ohio, and that Removing Defendant ZAKIR TASHTAN is an Ohio resident who resides in Huber Heights, Ohio.  Plaintiffs are individual citizens of the State of Texas who reside in Bexar County, Texas. Neither Defendant is a "citizen" of the State of Texas, as are Plaintiffs; therefore, complete diversity exists.

3.2     In their Original Petition, Plaintiffs state that they "seek monetary relief over $1,000,000," which exceeds the federal jurisdictional amount in order to meet the "amount in controversy" requirement for removal to federal court. *See Ex. 2 at p.6, Plaintiff's Original Petition, ¶ VIII. 22.* When plaintiff's monetary demand is stated in the complaint, a defendant can

rely on that allegation to meet the jurisdictional requirement. *See* S.*WS. Erectors, Inc. v. lnfax, Inc.,* 72 F.3d 489,492 (5th Cir.1996).

    *3.3*    All pleadings, process, orders and other filings in this state court action are attached to this notice as required by 28 U.S.C. §1446(a). *See Exhibit 3.* Further, Removing Defendants have filed herewith (a) a list of all counsel of record, including the addresses, telephone numbers and the parties represented, *See Exhibit 4;* (b) completed Civil Cover Sheet Form JS 44, *See Exhibit 4; and (c)* completed Supplemental Civil Cover Sheet*, Ex. 5.*

    3.4    Venue is proper in this district under 28 U.S. C. §144l(a) because the state court where the action has been pending is located in this district.

    3.5    Removing Defendants will promptly file a copy of this Notice of Removal with the clerk of the district court where the action has been pending.

## IV. **JURY DEMAND**

    4.1    Removing Defendants ZACK EXPRESS INC.  and ZAKIR TASHTAN herby demand a jury trial and tender the requisite fee.

## V. **PRAYER**

    5.1 For the foregoing reasons, Removing Defendants ZACK EXPRESS INC. and ZAKIR TASHTAN request that the Court remove the action to this Federal Court and place this case on the docket of the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**LANZA LAW FIRM, P.C.**

*/s/James W. Goldsmith, Jr.*
**NICK LANZA**
Texas State Bar No. 11941225
**JAMES W. GOLDSMITH, JR.**
Texas State Bar No. 24051570
Email: jgoldsmith@lanzalawfirm.com
300 E. Sonterra, Suite 1140
San Antonio, Texas 78258
Telephone:     (210) 564-9100
Facsimile:     (210) 899-3590

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of this document was sent to the following counsel of record on the 14th day of January 2022, as indicated:

Michael Jacobellis          via email: mjacobellis-svc@thomasjhenrylaw.com
Thomas J. Henry Injury Attorneys
5711 University Heights, Suite 101
San Antonio, TX 78249

*/s/James W. Goldsmith, Jr.*
**JAMES W. GOLDSMITH, JR.**